# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES AMERICA, | CASE NO. 1:09-CR-00142 LJO |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL S. IOANE, | |
| Defendant. | |

The Court has received and reviewed the Defense motions as follows:

    1. Motion to Dismiss based on an alleged speedy trial violation;

    2. Motion for a Bill of Particulars.

The Court has also received the Government's response.

The Court does not need oral argument and therfore vacates the hearing on the motions currently set for September 19, 2011 and rules as follows:

On a motion for a bill of particulars, the issue is whether or not the defendant has sufficient information to let him know the nature of the charges with enough specificity to allow trial preparation and an absence of surprise. The source of that information is not just the indictment, but rather also is discovery (USA v Long 706 F.2d 1044, 1045, 9th Circuit). The detailed indictment, coupled with the approximately 6500 pages of discovery more than accomplished this legal goal in the instant case. The motion is DENIED.

On the motion to dismiss based on an alleged violation of the Speedy Trial Act, the Court agrees, based on a review of the docket and minutes, with the Government's opposition papers

1

1  (docket 115) at 1:20-3:19.  There has been no violation of the Speedy Trial Act.  The motion is
2       DENIED.
3  IT IS SO ORDERED.
4  **Dated:   September 1, 2011**               /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE