| | |
|---|---|
| 1 | KATHERINE HART #76715 |
| | Attorney at Law |
| 2 | 2055 San Joaquin |
| | Fresno, Ca. 93721 |
| 3 | Telephone: (559) 256-9800 |
| | Facsimile:  (559) 256-9798 |
| 4 | |
| | Attorney for Defendant |
| 5 | LOUISE Q. BOOTH |

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-F-09-CR 000142 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO |
| | ) | CONTINUE PROCEEDINGS |
| | ) | AND REQUEST FOR ORDER |
| | ) | |
| v. | ) | Old date: 11/14/11 at 1:00 p.m. |
| | ) | New date: 1/23/12 at 1:30 p.m. |
| | ) | |
| | ) | |
| LOUISE Q. BOOTH et al. | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED BETWEEN COUNSEL FOR THE GOVERNMENT AND COUNSEL FOR DEFENDANT AS FOLLOWS:

That the date set for the sentencing of codefendant VINCENT STEVEN BOOTH, husband of LOUISE Q. BOOTH, has been previously set for January 12, 2012 at 1:30 p.m.

That the Office of the United States Attorney and the defendant, through counsel, agree that judicial economy will be served by setting the two matters on the same date;

1

That the statutorily mandated conditions of release, including the provision that defendant LOUISE Q. BOOTH obey all laws, shall remain in full force and effect.

That LOUISE Q. BOOTH waives any provision of the Speedy Trial Act.

DATED: November 7, 2011         /s/Katherine Hart
                                KATHERINE HART, Attorney for
                                LOUISE Q. BOOTH

DATED: November 7, 2011         /s/Mark Cullers
                                MARK CULLERS, Chief, Fresno Office,
                                OFFICE OF THE UNITED STATES
                                ATTORNEY

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered as follows:

That the proceedings for LOUISE BOOTH, defendant in the above-entitled case, be continued to Monday, January 23, 2012 at 1:30 p.m., to coincide with the sentencing scheduled for codefendant VINCENT STEVEN BOOTH;

That LOUISE Q. BOOTH is ordered to continue to comply with all statutorily mandated conditions of pretrial release, including the provision that she obey all laws.

IT IS SO ORDERED.

**Dated:   November 7, 2011**         /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

2