1  ANTHONY P. CAPOZZI, CSBN: 068525
   NICHOLAS A. CAPOZZI, CSBN: 275568
2  LAW OFFICES OF ANTHONY P. CAPOZZI
   1233 W. Shaw Avenue, Suite 102
3  Fresno, California  93711
   Telephone:  (559) 221-0200
4  Facsimile:  (559) 221-7997
   E-mail:  capozzilaw@aol.com

Attorney for Defendant,
Michael S. Ioane

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:09-CR-00142-LJO |
| Plaintiff, | |
| vs. | **SEALING ORDER** |
| Michael S. Ioane, | |
| Defendant. | |

Good cause having been shown it is **HEREBY ORDERED** that the Objections to the Presentence Report and Exhibits be Sealed.

**IT IS FURTHER ORDERED** that the Objections to the Presentence Report and Exhibits be served upon the Probation Department and the United States Attorney's Office.

IT IS SO ORDERED.

Dated:  **December 28, 2011**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE