1  ANTHONY P. CAPOZZI, CSBN: 068525
   NICHOLAS A. CAPOZZI, CSBN: 275568
2  LAW OFFICES OF ANTHONY P. CAPOZZI
   1233 W. Shaw Avenue, Suite 102
3  Fresno, California  93711
   Telephone:  (559) 221-0200
4  Facsimile:  (559) 221-7997
   E-mail:  capozzilaw@aol.com
5
   Attorney for Defendant,
6  Michael S. Ioane

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

UNITED STATES OF AMERICA,    ) Case No.: 1:09-CR-00142-LJO
                             )
         Plaintiff,          )
                             )
    vs.                      ) STIPULATION TO CONTINUE
                             ) SENTENCING:
MICHAEL S. IOANE,            ) ORDER DENYING CONTINUANCE
                             )
         Defendant.          )
                             )

Defendant, Michael S. Ioane, by and through his attorney of record, Anthony P. Capozzi, and the United States Attorney by and through Mark Cullers stipulate that the Sentencing Hearing in the above entitled case be continued to April 16, 2012 at 8:30 am.

This Stipulation is based upon the Declaration of Anthony P. Capozzi, *infra*.

**DECLARATION OF ANTHONY P. CAPOZZI**

I, Anthony P. Capozzi, having first-hand knowledge of the

following, hereby declare:

1. This attorney represented Mr. Ioane throughout this proceeding.

2. The Indictment was returned on April 9, 2009. Throughout the entire proceeding Mr. Ioane has demanded a speedy trial.

3. The Jury Trial began on September 26, 2011; the jury returned a verdict on October 3, 2011.

4. The Motion for a New Trial was heard and decided on January 3, 2012. The Sentencing Hearing was continued to January 30, 2012 with the Government filing its Sentencing Memorandum on January 17, 2012.

5. This attorney was on vacation the week of January 16-January 21 and could not review the two Government Memorandums until January 22, 2012.

6. This Court has approved the production of the trial transcript, however this attorney has not been able to contact Peggy Crawford to determine the length of time needed in which to complete the trial transcript.

7. This attorney has the following jury trials in the Fresno County Superior Court, People v. Lee Nelson, Case No.: F11903165 on February 6, 2012. (attempted murder, scheduled for approximately 1 week) People v. Daljit Singh Multani, Case No.: F11902125 on February 14, 2012, (solicitation for murder, scheduled for approximately 4 weeks.); People v. Castro, Case No.: F10900353 (murder, scheduled for approximately 2 weeks.)

8. Based upon this attorney's schedule and the reluctant

agreement by the Government to this continuance, it is respectfully requested that the Sentencing Hearing be continued to April 16, 2012.

I further affirm under penalty of perjury, pursuant to the laws of the United States of America, and to the States of California, that the foregoing is true and correct to the best of my knowledge, as executed on January 25, 2012, in Fresno, California.

### CONCLUSION

Based upon the Declaration of this Attorney, *supra,* a continuance is hereby requested.

DATED: January 25, 2012         Respectfully submitted,

/s/Anthony P. Capozzi
Anthony P. Capozzi
Attorney for Defendant

/s/Mark Cullers
Mark Cullers
Attorney for United States

### ORDER of DENIAL

**The verdict occurred more than 100 days ago. The original sentencing date was continued to the current date agreed upon by both sides. Counsel, like the Court, were all present throughout the trial. A transcript is not necessary for the sentencing. It will proceed as scheduled. Continuance DENIED.**

IT IS SO ORDERED.

Dated: **January 26, 2012**        /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28