IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:09-cr-00142 LJO |
| | ) | |
| Plaintiff, | ) | ORDER TO DISMISS INDICTMENT |
| | ) | |
| v. | ) | |
| | ) | |
| LOUISE Q. BOOTH, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of the United States, and for good cause showing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case against LOUISE Q. BOOTH be DISMISSED in the interests of justice.

IT IS SO ORDERED.

**Dated:  March 1, 2012**              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1