1  KATHERINE HART #76715
   Attorney at Law
2  2055 San Joaquin
   Fresno, Ca. 93721
3  Telephone: (559) 256-9800
   Facsimile:  (559) 256-9798
4
   Attorney for Defendant
5  LOUISE BOOTH

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-F-09-CR 000142 LJO |
| Plaintiff, ) | STIPULATION TO RELEASE PASSPORT UPON DISMISSAL OF INDICTMENT; REQUEST FOR ORDER AUTHORIZING CLERK'S OFFICE TO RELEASE PASSPORT OF LOUISE BOOTH |
| v. ) | |
| LOUISE BOOTH et al. ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED BETWEEN COUNSEL FOR THE GOVERNMENT AND COUNSEL FOR DEFENDANT AS FOLLOWS:

That the case against LOUISE BOOTH, defendant, having been dismissed, her passport previously lodged with the United States District Court Clerk's Office should be released to LOUISE BOOTH herself or her counsel, KATHERINE HART.

1

DATED: February 29, 2012       /s//Katherine Hart

KATHERINE HART, Attorney for
LOUISE BOOTH

DATED: February 29, 2012       /s/Mark Cullers

MARK CULLERS, Chief, Fresno Office,
OFFICE OF THE UNITED STATES
ATTORNEY

## ORDER

GOOD CAUSE APPEARING and the case against LOUISE BOOTH having been dismissed by the government on February 27, 2012 it is hereby ordered as follows:

That the Clerk's Office of the UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT is hereby ordered to release the passport of LOUISE BOOTH to defendant LOUISE BOOTH herself or to her counsel, KATHERINE HART, Attorney at Law.

IT IS SO ORDERED.

**Dated: March 1, 2012**       **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

2