JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
MICHAEL S. IOANE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-CR-0142-LJO |
| Plaintiff, | STIPULATION AND ORDER RE: MODIFICATION OF RELEASE CONDITIONS |
| v. | |
| MICHAEL S. IOANE, | |
| Defendant. | |

Defendant Michael S. Ioane, through counsel John Balazs, and the United States through its counsel, Assistant U.S. Attorney Mark Cullers, hereby stipulate that the Court modify the conditions of Mr. Ioane's release and home incarceration imposed on April 2, 2012 to permit Mr. Ioane to attend his son Michael, Jr.'s graduation from California State University – Stanislaus in Turlock on May 24, 2012. Mr. Ioane requests a modification to be absent his home for his son's graduation between 9:30 a.m. and 5 p.m. on May 24, 2012. U.S. Pretrial Services Officer Jacob Scott does not object to this request.

///

///

///

It is so stipulated.

Dated: May 2, 2012

Respectfully submitted,

/s/ John Balazs
John Balazs

Attorney for Defendant
Michael S. Ioane

Dated: May 2, 2012

/s/ Mark Cullers
Mark Cullers
Assistant U.S. Attorney

## ORDER

Pursuant to the parties' stipulation set forth above, IT IS HEREBY ORDERED that defendant Michael S. Ioane's conditions of release and home incarceration pending appeal that were imposed on April 2, 2012 are amended so that he may be absent from home to from the hours of 9:30 a.m. to 5 p.m. on May 24, 2012 in order to attend his son Michael, Jr.'s graduation at California State University–Stanislaus.

IT IS SO ORDERED.

**Dated:  May 2, 2012**  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE