Michael Ioane, 64460-097
CI Taft/Camp
P.O. Box 7001
Taft, CA 93268
Defendant-Petitioner
(IN PRO SE)



FILED
DEC 10 2014
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff-Respondant,<br><br>v.<br><br>MICHAEL IOANE,<br>Defendant-Petitioner. | Civil No. _____<br>Criminal No. 1:09-cr-00142-LJO<br><br><br>Exhibits 1-77 in Support of Motion Filed under 28 U.S.C. Section 2255 |

Petitioner submits the within Exhibits 1-77, in support of the Motion and Memorandum of points and Authorities filed under 27 U.S.C. Section 2255.

Respectfully submitted this December 10, 2014,

By: _____
MICHAEL S. IOANE, IN PRO SE

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that, I have personally hand delivered a true and correct copy of the foregoing document on December 10, 2014 to:

U.S. DEPARTMENT OF JUSTICE
2500 TULARE STREET, SUITE 4401
FRESNO, CA 93721

DATED: December 10, 2014    By: _____
                                SHELLY OLSON